IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **LUPE FLORENCIO GAMEZ**<br>**(Burleson County Jail #23089)** | § § § | |
| **V.** | § § | A-25-CV-00302-DAE |
| **SHERIFF GENE HERMES** | § § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner Lupe Florencio Gamez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Lupe Florencio Gamez's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED WITHOUT PREJUDICE**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** the 4th day of March 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE